UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECRETARY OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,

Plaintiff,

v.  Case No: 6:12-cv-1100-Orl-18TBS

AMERICAN BRONZE FOUNDRY, INC.,
CHARLES WAMBOLD, RENEE WAMBOLD,
JENNIFER SCHIFFERMILLER,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendants' Motion to Enforce Settlement and For Sanctions (Doc. No. 22). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **DENIED in its entirety**.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of October, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties